IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCIA CAPRIOTTI | : | CIVIL ACTION |
| v. | : | No. 19-3136 |
| RICHARD D. ROCKWELL, et al. | : | |

## **ORDER**

AND NOW, this 7th day of January, 2020, upon consideration of Defendants Richard D. Rockwell, Professional Security Broadband, Inc., Insperity, Inc., Insperity Holdings, Inc., and Insperity PEO Services, L.P.'s Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiff Lucia Capriotti's opposition thereto, the parties' presentations at the November 7, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 5) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as Count II of the Complaint is DISMISSED with prejudice;

- The balance of the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.